Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JOHN DOE,<br>　　　　Defendant. | CASE NO. C 07-04124 MJJ<br><br>**The Honorable Martin J. Jenkins**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br> AND ORDER |

1     Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs BMG MUSIC, et al., by and through
2 their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against
3 Defendant John Doe, also identified as ID #126237508 with IP address 169.233.32.139 2007-04-21
4 01:15:52 EDT, each party to bear its/his own fees and costs. The Clerk of Court is respectfully
5 requested to close this case.

7 Dated: February 1, 2008                                        HOLME ROBERTS & OWEN LLP

By: */s/ Matthew Franklin Jaksa*
     MATTHEW FRANKLIN JAKSA
     Attorney for Plaintiffs



IT IS SO ORDERED
Judge Martin J. Jenkins
2/13/2008

1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04124 MJJ
#35304 v1